UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OLLAND REESE, | ) |
| Petitioner, | ) |
| v. | ) Docket No. 1:13-cv-077-NT |
| RANDALL LIBERTY, Warden, Maine State Prison, | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 16, 2018, the United States Magistrate Judge filed with the court, with copy to the Petitioner, his Recommended Decision. Recommended Decision (ECF No. 51). ). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and that the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1) be and hereby is **DISMISSED** with prejudice. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 14th day of February, 2018.